UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| DUSTIN E. MCGUIRE, <br><br> Plaintiff, <br><br> v. <br><br> JULIE KOLODZIEJ, as Administrator of the Estate of DR. JOSEPH M. THOMPSON, et al., <br><br> Defendants. | CAUSE NO.: 3:18-CV-760-JD-MGG |

## OPINION

Dustin E. McGuire, a prisoner without a lawyer, filed two motions requesting an extension of the deadline to respond to the discovery requests filed by the Estate of Dr. Joseph Thompson. However, McGuire does not need an extension because he has already responded to those requests by both answering and/or objecting to them. *See* ECFs 89, 91, 95, 96. Therefore, the motions for extension (ECF 90 & ECF 92) are DENIED AS MOOT.

SO ORDERED this March 16, 2021.

s/Michael G. Gotsch, Sr.
Michael G. Gotsch, Sr.
United States Magistrate Judge